UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMONA AMEZCUA DIAZ, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> STEVE BRYANT, <br><br> Defendant. | Case No. 1:23-cv-01625-JLT-EPG <br><br> ORDER APPROVING STIPULATION POSTPONING CERTAIN DISCOVERY <br><br> (ECF No. 25) |

This is a civil rights action. On May 29, 2024, the parties filed a stipulation to postpone discovery, stating as follows:

> Plaintiffs, RAMONA AMEZCUA DIAZ, individually and on behalf of the ESTATE OF JESUS GUZMAN, JR., A.A., JE.A., Ja.A., M.A., by and through their guardian ad litem RAMONA AMEZCUA, G.G., by and through his guardian ad litem KAREN GARCIA (Plaintiffs), and Defendant, CALIFORNIA HIGHWAY PATROL OFFICER STEVE BRYANT (Defendant), by and through their attorneys of record, stipulate as follow:
>
> This lawsuit involves an officer-involved shooting currently under investigation by the Office of the Attorney General, California Department of Justice (DOJ), pursuant to Assembly Bill 1506. Assembly Bill 1506 requires the DOJ to investigate all incidents of an officer-involved shooting resulting in the death of an unarmed civilian in the state. As part of this investigation, the DOJ will investigate and review the officer involved shooting for potential criminal liability. Many of the factual circumstances at the center of the DOJ's review involve the same facts and assertions set forth by plaintiffs in this civil lawsuit. Officer Bryant may be placed in the untenable position of being forced to assert his Fifth Amendment

1

rights against self-incrimination at the cost of properly defending himself in this litigation.

As such, the parties stipulate and agree that Good Cause exists for the postponement of the deposition of Officer Steve Bryant until after the completion of the Assembly Bill 1506 investigation. The parties additionally stipulate and agree that Good Cause exists for the postponement of propounding any Requests for Admissions on Officer Steve Bryant until after the completion of the Assembly Bill 1506 investigation. This stipulation does not apply to any other forms of discovery not mentioned herein, or any discovery between other parties.

(ECF No. 25, pp. 1-2).

Upon review, IT IS ORDERED that the parties' stipulation (ECF No. 25) is approved. However, the Court is not modifying any discovery deadlines at this time. The parties are directed to be mindful of the discovery deadlines set in this case and to seek any necessary extensions of such deadlines as soon as practicable.

IT IS SO ORDERED.

Dated: __**May 30, 2024**__      /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE